United States District Court
Southern District of Texas
**ENTERED**
October 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THERESA GAMEZ § § | |
| VS. § § | |
| DILLON TRANSPORT, INC.; DILLON TRANSPORT, INC. IN ITS COMMON OR ASSUMED NAME; GREAT WEST CASUALTY COMPANY, LEXINGTON INSURANCE COMPANY; OLD REPUBLIC SURETY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.; KENNETH EUGENE JENNINGS AND MIGUEL A. GARCIA, SR. § § § § § § § § § § § § § | Civil Action No.: 3:16-CV-272 |

## ORDER

Considering the Unopposed Motion to Transfer to Correct Division filed herein,

**IT IS ORDERED** that the Unopposed Motion to Transfer to Correct Division be and it is hereby granted and that this Matter is transferred to the Corpus Christi Division.

So ordered this 4th day of October, 2016, in Galveston, Texas.

_____
JUDGE PRESIDING

4

4833-3677-4713.1